IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-197 |
| DONTRAY LEWIS, | |
| Defendant. | |

## **O R D E R**

A jury trial in the above captioned case having been conducted on August 25, 2022, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government on August 25, 2022, for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 13th day of September, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA