# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DONTRAY LEWIS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CR421-197 |
| | ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Movant Dontray Lewis moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. Doc. 117. The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. Rules 4(b), 5(a)-(b), Rules Governing Section 2255 Proceedings. This Court's Local Rules provide a fourteen-day period to file a reply to the Government's response. *See* S.D. Ga. L. Civ. R. 7.6. To avoid any confusion, however, Movant is specifically **DIRECTED** to file his reply to the Government's answer, motion, or other response no later than

fourteen days after the Government files its response.  *Cf.* Rule 5(d), Rules Governing Section 2255 Proceedings.

**SO ORDERED,** this 1st day of July, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA